**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Domaine MARTIN, Defendant—
Appellant.**

No. 06–6801.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2007.

Decided: July 10, 2007.

Domaine Martin, Appellant Pro Se. John Warren Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Domaine Martin appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3585(b) (2000) for credit for prior custody. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Martin*, No. 6:93–cr–00122–FWB–1 (M.D.N.C. Mar. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*